O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4147 AHM (RZx) | Date | August 4, 2009 |
|---|---|---|---|
| Title | JOSE R. GONZALEZ v. FIRST NLC FINANCIAL SERVICES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On June 11, 2009, Ocwen Loan Servicing, LLC and HSBC Bank USA, N.A. as Trustee for the Registered Holders of First NLC Trust 2007-1 Mortgage Backed Certificates, Series 2007-1, removed this home foreclosure case to federal court. At that time, Plaintiff was appearing *pro se*. On June 18, 2009, Defendants moved to dismiss the action. On July 1, 2009, this Court granted the request of Attorney Richard A. Rodgers to substitute in place of Plaintiff. On July 3, 2009, Plaintiff filed a First Amended Complaint. On July 14, 2009, the Clerk of the Court accepted the First Amended Complaint as filed.[1] That same day, the Court denied as moot the pending motion to dismiss the original complaint.

On July 17, 2009, Plaintiff filed a Motion for Leave to file an Amended Complaint. This motion is moot, as the Court Clerk accepted the First Amended Complaint as filed on July 14, 2009. The Court therefore DENIES the motion[2] as moot.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                          :
                                                            Initials of Preparer      SE

---

[1] Docket Nos. 13, 19.

[2] Docket No. 22.