O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4147 AHM (RZx) | Date | August 20, 2009 |
|---|---|---|---|
| Title | JOSE R. GONZALEZ v. FIRST NLC FINANCIAL SERVICES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On August 12, 2009, this Court issued an Order to Show Cause by August 19, 2009 why it should or should not retain jurisdiction. The Court stated that it no longer had federal question jurisdiction, there appeared to be no diversity jurisdiction, and it would be imprudent to exercise supplemental jurisdiction.

Plaintiff filed a response confirming that this Court does not have diversity jurisdiction, and agreeing that this case should be remanded. Defendants Ocwen Loan Servicing, LLC and HSBC Bank USA, N.A. filed a response recognizing that this Court has discretion to remand, but they requested that the Court exercise supplemental jurisdiction.

For the reasons stated in the Court's August 12, 2009 Order, this Court declines to exercise supplemental jurisdiction and REMANDS this case back to the Los Angeles Superior Court.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**